902

42 Cal.Rptr. 838, 399 P.2d 374]

[Crim. No. 8567. · In Bank. Mar. 5, 1965.]

·· In re CHARLES ROBERT CARROL BROWN on
Habeas · Corpus.

Sam Bubrick, under appointment by the Supreme Court, for
Petitioner.

Thomas C. Lynch, Attorney General, and Albert W. Harris,
Jr., Deputy Attorney General, for Respondents.

PEEK, J.—We issued an order to show cause in this matter
so that we might consider whether petitioner would be entitled
to relief by writ of habeas corpus in the event we should deter-
mine that an appeal did not lie from an order adjudging him
insane and committing him to a state hospital pursuant to
sections 1368 et seq. of the Penal Code.

In *People* v. *Brown, ante,* p. 901 [42 Cal.Rptr. 837, 399
P.2d 373], filed this day, it is concluded that petitioner
is entitled to appeal. No other basis appears for issuance of the
writ.

The order to show cause is discharged, and the petition for
writ of habeas corpus is denied.

Traynor, C. J., McComb, J., Peters, J., Tobriner, J., Mosk, J.,
and Schauer, J.,*' concurred.

*Retired Associate Justice of the Supreme Court sitting under assign-
ment by the Chairman of the Judicial Council.